*E-Filed 2/3/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CHARLES COOK, | No. C 10-5908 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SYLVIA MCFADDEN, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Plaintiff was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), within 30 days of the date when his complaint was filed. More than 30 days have passed and plaintiff still has not paid the filing fee, nor has he filed an IFP application.  Accordingly, the action is DISMISSED without prejudice to plaintiff (1) paying the filing fee of $350.00, or (2) filing a complete IFP application.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: February 3, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-5908 RS (PR)
ORDER OF DISMISSAL